UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 06-065** |
| **VERSUS** | * | **SECTION: "L"** |
| **JOHNY ALBERTO SALMERON** | * | |

\* \* \*

## ORDER

Considering the foregoing Motion by the United States;

**IT IS HEREBY ORDERED** that, pursuant to U.S.S.G. § 3E1.1(b), the downward adjustment for this defendant's acceptance of responsibility should be 3 points.

New Orleans, Louisiana, this 1st day of August, 2006.

_____
The Honorable Eldon E. Fallon
United States District Judge